UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Norma F. Young,
                          Plaintiff(s),

          -against-

Nassau University Medical Center,
                          Defendant(s).
----------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/11/09__

09  Civ.  4730(CM)

CALENDAR NOTICE

Copies mailed/faxed/handed to counsel on 12/11/09

Please take notice that the above captioned matter has been **scheduled for** a :

| | | |
|---|---|---|
| ___ Pre-trial Conference | _X__ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ____ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 29, 2010 at 11:00 A.M.** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York, New York 10007 .

          Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: December 11, 2009
          New York, New York


                                        So Ordered

                                        _____
                                        Colleen McMahon, U.S.D.J